1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ARMANDO G. ORDORICA and RUFINA ORDORICA, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., a California corporation; DOVE CAPITAL CORPORATION, a California corporation; AURORA LOAN SERVICES, LLC, a Delaware limited liability company; DOES 1-10, inclusive,<br><br>    Defendants. | Case No. SACV 09-01188 CJC (MLGx)<br><br>JUDGE:  Hon. Cormac J. Carney<br>CTRM:  9B<br><br>[PROPOSED] JUDGMENT<br><br>Action Filed:  July 1, 2009<br>Action Removed:  October 14, 2009 |

///
///
///
///
///
///
///
///
///

[PROPOSED] JUDGMENT

C:\temp\notesC7A056\Request for Entry of Judgment.Proposed Judgment.doc

1  The Court hereby **ORDERS** that the Plaintiffs ARMANDO G. ORDORICA and
2  RUFINA ORDORICA ("Plaintiffs") recover nothing from Defendant AURORA LOAN
3  SERVICES, LLC ("Aurora") and that the action be dismissed on the merits, with prejudice,
4  as to Aurora.  This action was decided by the Honorable Judge Cormac J. Carney on a
5  motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b).

6  ~~IT IS FURTHER ORDERED that:~~

12  IT IS SO ORDERED.

13  Dated: April 28, 2010

United States District Court Judge