UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 09-01188-CJC(MLGx)　　　　　　　　　Date  July 22, 2010

Title  Armando G. Ordorica, et al v. Sierra Pacific Mortgage Company, Inc., et al.

Present: The Honorable　　CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURTS ORDER

　　Plaintiffs filed this action on October 14, 2009. On July 9, 2010, this Court issued an Order to show cause why the case should not be dismissed for lack of prosecution as to Defendants Sierra Pacific Mortgage Company, Inc., and Dove Capital Corporation. Plaintiffs have failed to respond to the Court's Order to show cause.

　　Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　0

　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　mu